# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAVIS,<br><br>       Plaintiff,<br><br>    v.<br><br>SEVEN OAKS MEDICAL GROUP, et al.,<br><br>       Defendants. | Case No.: 1:14-cv-00669 JLT<br><br>ORDER AFTER TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE<br><br>(Doc. 27) |

    At the request of Defendants' counsel, the Court held a telephonic conference with counsel regarding the taking of Plaintiff's deposition on March 19, 2015.  Counsel reported that Plaintiff's deposition had been noticed three times but, due to calendar conflicts of Plaintiff's attorney, and a fall Plaintiff suffered the day before the last scheduled deposition—on February 12, 2015—the deposition has not occurred.

    At the telephonic conference, counsel agreed that Plaintiff's deposition will occur on **April 2, 2015 at 1:30 p.m.** at the offices of LeBeau-Thelen LLP located at 5001 East Commercenter Drive, Suite 300, Bakersfield, CA.  Plaintiff is **ORDERED** to be present at that time and to submit to deposition.  Plaintiff is **ORDERED** to produce at the time of her deposition, a copy of her doctor's note demonstrating the injuries she suffered in her fall on February 11, 2015 and documenting her inability to proceed in her deposition on February 12, 2015.

    In the event Plaintiff fails appear for and submit to deposition on April 2, 2015, Defendants are

1  authorized to file their motion to compel immediately.  They may proceed according to Local Rule
2  251(e) without further need to meet and confer based upon Plaintiff's complete and total failure to
3  comply with the discovery request.
4      In addition, Plaintiff is advised that her failure to comply with the Court's orders set forth here
5  may result in the imposition of sanctions, up to and including, dismissal of this action.

7  IT IS SO ORDERED.

8    Dated:   **March 19, 2015**              **/s/ Jennifer L. Thurston**
9                                                       UNITED STATES MAGISTRATE JUDGE