UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>SEVEN OAKS MEDICAL GROUP, PANKAJ SHUKLA, MD and Does 1-10, Inclusive,<br><br>    Defendants. | Case: 1:14-CV-00669-JLT<br><br>**ORDER GRANTING STIPULATION TO DIMISS THE MATTER**<br><br>**(Doc. 37)** |

Based upon the stipulation of counsel (Doc. 37), the request to dismiss this action is **GRANTED.** The Clerk of Court is **DIRECTED** to close this action in light of the notice of dismissal with prejudice filed and properly signed pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

   Dated:   **November 25, 2015**              **/s/ Jennifer L. Thurston**
                                                       UNITED   STATES   MAGISTRATE   JUDGE